COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE

PITNEY BOWES

02 1R
0002003152
MAILED FROM ZIP CODE 78701
$ 00.480

RE: WR-83,985-01

JUSTIN KEITH STIEBEL
-TDC # 1915198



78711\#2308 B005